UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2020 OCT 26  AM 12:35
U.S. DISTRICT COURT
DISTRICT OF MASS.

Oak-hee Kim, a/k/a

Oak-hee Ruesch

V.                                          CIVIL ACTION NO.

George A. O'Toole, Jr., et al.

FILED
IN CLERKS OFFICE
2020 NOV -9  PM 4:50
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT

## Parties

1.  The plaintiff is a resident of Newtoville, Eastern County, Massachusetts and a citizen of the United States.

2.  The defendant George A. O'Toole, Jr., presiding Judge of the United States District Court of Massachusetts and a citizen of the United States.

3.  The defendant Kevin Hempe is a lawyer in Dedham, and a citizen of the United States.

4.  The defendant Stephen Mathews is a lawyer in Framingham, and a citizen of the United States.

5.  The defendant Cynthia Hawe was an executive director of the Wellesley Housing Authority, and a citizen of the United States.

6.  The defendant Jonathan L. Hacker, former executive director of the Newton Housing Authority (NHA) and a citizen of the United States.

7.  The defendant Harvey Epstein, former special project and an executive director of the NHA and a citizen of the United States.

8.  The defendant Tony Pugliese, senior maintainer of the NHA and a citizen of the United States.

9.  The defendant Ivan Santiago, maintainer of the NHA and a citizen of the United States.

10. The defendant John Egan, a lawyer of the NHA and a citizen of the United States of America.

## Jurisdiction

11. This Court has jurisdiction over this matter pursuant to 28 USC 1331.

## Facts

12. The Order No. 04-12390-NG, November 17, 2004, Ordered by the defendant George A. O'Toole, Jr. (O'Toole, J.) purposefully to deprive disadvantaged woman's any rights, secured by the constitution and laws. That evidenced violation of declatory decree; issued an eviction notice; execution for possession, started December 3, 2004; and I ended up homeless, December 16, 2004, to be trapped

in an unwitting victim of fraud for an unfortunate fate ——————

That those cynical defendants' intrigue of insidious intent at a disadvantage for the defendant O'Toole, I.'s easy path to possess me physically as he possessed my belongings, December 16, 2004 ?

This Court, interpret the following:

(a) 42 USC 1981 - Equal rights under the law (a)(c); 42 USC 1983 - deprivation of civil rights; 42 USC 1985 (2)(3) - conspiracy to interfere civil rights; the Violence against Women & Justice Department Rehabilitation Act 2005 ?;

(b) Fair Housing Act Amendment (FHAA); 42 USC 3602 (h); 24 CFR 9.131 (b); 24 CFR 9.132(c); 29 USC 794 (2000); ADA Act 42 USC 12101, et seq. (2000); 24 CFR 8.3 (2008); 42 USC 3603;

(c) 42 USC 3604 (c); 24 CFR 100.50 (b) (4) and 100.75 (a) & (c) (1) and (2) (1991);

(d) 42 USC 3604 (f)(2); 24 CFR 100.60 (a) and 100.202 (b) (1991); 42 USC 3604 (f) (discrimination includes a refusal to make reasonable accommodations in rules, etc.)

(e) 42 USC (f)(3)(B); 24 CFR 100.24 (a) (1991); 42 USC 3604 (f)(9) (2000);

(f) 42 USC 3612 (g)(3) - "enjoins the Respondents, their agents, employees, and successors, and all other persons in active concert or participation with them from discriminating against any person based on handicap in any respect of the rental of a dwelling." HUDALT 09-91-1195-1 (1991); and

(g) 42 USC 3617 - any right granted or protected by Sec. 803, 804, 805, or 806; 42 USC 3631 - violence; and other relief as this Court deems that my injuries be actionable for damages based on each defendants' lawless Act if any to maintain relief. For that, defendants are responsible be granted.

13. The plaintiff, immersed in violence, visited this Court first time in late October or early November 2000, and I standed in front of Pro Se clerk's window. There, the man approached clerk through the glass barrier to clerk, "I am Judge-?" It surprised me by Judge's direct approach to clerk, I looked at him as a good person, and I unsoundedly; can you help me! He looked at me releasing sharp, tense air trembled me, etc. Since then unexpectedly saw the strange man in various places I went to trembled me for partial complex seizure (PCS), neurasthenia, etc.

14. Then November 10, 2004, my visits to this Court's clerk's office to get copy of some papers, the female clerk abased me with sneer, as well as Judge Nancy Gertner's female clerk, showed me order No. 04-cv-11166-NG, ordered by Albert L. Sheffer, (ALS), Mb's contravention constituted to constrain my any rights, etc. This, I went up to the executive office, waited door to be opened, and unexpectedly viewed the man coming up the stairs with troubled expression on his face, etc. When he saw me, he became delirant and pushed glass door roughly towards me trembled me for PCS, lose of tolerence (LT); neurasthenia, etc., by re-exposed to intolerable environment. Then there, quickly viewed me unknown, but confidently acted man at completely different setting of scen, and when I came back to

real sc-

ene in front of an excited man, who hurridly walked towards me, "Whom do you want to see?" That such rocky sound, knocked me almost down; my head, bending towards the man unconsciosly, then the milder rocky sound; u-u-u-h held up my head with an half alive person, etc.

Then the man opened door, gesticulated his head, half swung to the opened door; meant, come in, I followed man's command to be in; he walked next to me; almost touched or touched ? Again, I was unconscious by lose of tolerance (LT), because of my extreme sensitivity (hyperesthasia) injures my nerve center minutely much more from prior exposure to re-exposure (my nervous system reacted by the above no. 13., that as an accumulated re-exposure for LT minutely; limited to reach my brain; and it takes a long time to desensitize (very complex) my damaged nerve.).

Suddenly, I heard surprised female voice, "Oh! Judge O'Toole!" That for me to be an half awake, able to glimse; the Judge's head shook left to right fast looking at female, then she left, and I went back to sleep. Therein, like an action of spring to my ear opened up my eyes viewing the Judge walking away from me; shouting with his right arm up and down gesticulation; "thank you!"?

Yet, thereagain from the Judge's back side, appeared the man I saw in Wellesley, exchanged smile; unknown man (I assumed as Dr. Bienfang's father then.) as that man was walking before me, and later, I assumed as Judge's father?

That such dramatic events; one after other; met them unawares; disarrayed me much with partial complex seizure (PSC); severe post traumatic syndrom disorder (SPTSD), etc., to be in fog, murk, etc., for neurasthenia, and so on ————

Surprisingly, the glass door changed invisible metal door, and it looked as a warehouse entrance door. Unfitted for the Court house.

15. Then a different female approached me, whom I spok before about Albert L. Sheffer (ALS), MB's constraint my court access, etc., and she asked me, "You have guardian ad litem (GAL)!" Asked me GAL's name and phone number, and I released her defendant Kevin Hampe (KH). She copied papers for me; took me to Pro Se clerk's window; she went into the clerk's office; asked clerk to give me papers; and the clerk looked at listing, "She is debarred!" The officer, "It's okay just give her paper!" The clerk rushed me to complete the complaint before closing, and because of the coming holiday. By then I, just beaten up person physiologically, yet, I had to write complaint with delirium, and deceived myself that I now can demand my any rights, etc., that inflicted by the prerogative's lawless acts. Yet, to be justified under the constitution and laws for liberty contrary being minority, handicapped, pauper, etc., sujected for thraldom. That night, call by O'Toole, J., excitedly with heavy breathing; sound of papers turning; my hello; then he hung up on me the phone.

16. Thereupon, my sought manumission, yet, re-captured to be thralled by the defendant Judge George A. O'Toole, Jr., received Enjoinment Order No. 04-12390-NG, November 17, 2004, petition required to file paper to this Court, etc. That, preclusion for the 42 USC 1981 (a), and so on, I was coming to this Court, the man before me cleared the security, and he was upstairs already, looked at me intensly. He worn round edged hat and dark sunglasses, etc., that I was, is, and yet to be under O'Toole, J.'s watch? That my torturous life; inextricable; invincible; toxic environment surrounded ineluctably to be injured neurologically/physiologically, that my extreme chemical sensitivity; one (1) percent in population; and requires avoidance, must live with ascetic life style been deprived. Rather surrounded by the fierce thunder try to strike me, etc., and I preferred to be dead from fear driven life; hungry/sleepless?

17. The defendants, KH (feigned GAL) and Stephen Mathews (SM), South Middlesex Legal Services (SMLS), now Middlesex Legal Clinic (MLC), staff lawyer, colluded with defendant James A Goodhue (JAG), lawyer (slave trader), Wellesly, MA. That based on defendant JAG's attempt to evict me; Case No. 0254 cv 0583, July 18, 2002, there, the astute Justice Jerald Alch incisively No! Yet, the defendant JAG produced, orde No. 0254 SU 0583, $1,532.95, $131 fee; $1,663.95, July 19, 2002, and sold me to Don C. Bienfang, MD for October 28, 2002, eviction to possess me as his slave, that my worth, $1,663.95. For this, the defendant Lynda M. Connolly (Connolly, J.), State district Judge, conspired with JAG's out law, ordered, No. 02CV SU 0583, December 2002 – March 2003, to for impunity for JAG, et al., and, and lawed for the ALS, MD's slave ownership, that my rights be constrained by ALS, MD? To be lawful, Connolly, J. imputed to declare my incometency, intent to, estop my court accessibilites; appoinment of GAL, KH and lawyer to seize my SSDI income; and let KH, SM serve ALS, MD's despotism as an owner of me. Then as of November 10, 2004, the defendants, KH and SM, diverted to serve O'Toole, J. and ALS, MD to carry on thraldom against my rights. Thence, the defendant O'Toole, J.'s selfish ambition to thrall me and lawed misfeasance?

18. That, deepened my anger and fear manifested impulse; did or said meant nothing to prerogative's "law of club, etc.," that I; minority handicapped woman's right be interfered unboundedly; while my frazzle mind/body with PCS, SPTSD, etc., for withdrawal response; loss of tolerance for depressed immunsystem; mental lapse; fatigue (lethargic); delusions; hallucinations (nerve center defect?), etc., too complex, limits to write herein. Further, I was unable to eat, sleep, etc.; malnurished for dysfunction, and spared nuisance with morbid fears. Thence, my injured brain delusively believed there be for Justice for justice for the disabled woman be out of violence; without optical illusion; wrote two (2) letters [unfo-

undedness with reality) to Judge Steven O'Toole with tremble, etc., feeling as nerve gas exposed, etc. It is unfortunate that my untutored English with handicap, limited to reach the facts in depth ———————————————————————————

19. The Secretary of the Housing and Urban Development (HUD), first Government Agency recognized environmental illness (EI)/multiple chemical sensitivity disorder (MCAD), physiological handicap under the Act. 42 USC 3602 (h); 24 C.F.R. 100.20 (1991). Requiring accommodations by the housing providers; use or attempted to use non-toxic chemical products for an equal opportunity to use and enjoy a dwelling and common areas of the facility, etc. only available remedy for EI/MCSD; avoidance; yet, retaliation, etc., on the way against me.

20. My residency at Admore Wellesley, MA; unlawful eviction to thral me by the intruder September 1999, and police officer took me to shelter, Boston, MA. There I made complaint with HUD Fair Housing: HUD No. 01-00-0296/MCAD No. 00-5-0481, March 2000. For that, Louis M. Malerba, Jr, executive director, Wellesley Housing Authority (WHA) offered 315 Weston Rd., 3C, Wellesley, MA as 42 USC 3602(1)(m), April 2000, and I lost 42 USC (k)(2). This, the defendant Judge George A. O'Toole, Jr. (O'Toole, I) issued eviction notices against my objection:

(1) the execution civil action no. 0254SU0583, December 2, 2004, constable delivered to me; $1,532.95, $131. for fee; $1,663.95 from the defendant James A Goodhue's order; July 19, 2002, and Connolly, J.'s Summary Jurisdiction lawed to seize my SSDI income; appointment of GAL, KH and SM, SMLS, staff lawyer to cover up JAG's fraud as a lawful against me for I to be incompetent one, March 2003. The notices; copy of original JAG's arrogation, July 19, 2002 ?;

(2) the letter written by SM, SMLS (MLCHOW), staff lawyer, December 8, 2004, protecting O'Toole, I.'s eviction order; and intrigued me as by the defendant Cynthia Hawe, WHA, intent to evict me ?;

(3) execution notice, December 13, 2004;

(4) execution for possession notification to remove me and my personal property, December 16, 2004 9 AM, issued, December 14, 2004, hand delivered to me by his family member appeared abruptly as an owner of me, and acted abominably; just ill effect on me;

(5) I remonstrated to KH, feigned GAL, disparaged O'Toole, J.'s orders, and asked KH; tell O'-Toole, J.; I am coming to Court with letter. That made O'Toole, J. intolerable, and defendant SM also forced me to obey;

(6) I wrote letter to Judge Steven O'Toole; asked stop his action that I am very ill; there, O'-Toole, J.'s ferocity invidiously inveighed, ipso facto, against my objection to eviction notices, "We don't have Steven O'Toole, 'we have George O'Toole,' 'take down to the clerk's office!'";

(7) I gave my letter to same clerk from November 10, 2004, she uncomfortably took the letter;

(8) that night, Gina, O'Toole, J.'s clerk called me, "We don't have Judge Steven O'Toole, 'do you want me to send letter back to you?'" I; no!; and

(9) that wondered me, then why prior two(2) letters to Judge Steven O'Toole, kept, yet, the third (3rd) letter to Judge Steven O'Toole, refused to keep?

21. That such Judge's entitlement, permitted orders, neglecting handicapped minority, "choose to stay behind," but forced, intimidated, etc., obligated me for *slave to duty* for the Federal Court Judge George A. O'Toole, and that, what constitution and laws allow?

22. I felt surrounded by nerve gas, etc., as a poisoned person with scarlet fever/feverish fright, unable to eat, sleep, etc., and
SM, SMLS/MLC, staff lawyer's underhanded plot, "I will try to speak to WHA lawyer to delay eviction, etc." While letting me immersed in fraud for how much more? I tried to find place to hide or be saved by whom? I was very terrified

by such judge's intrusion upon my any rights be injured inextricably, expressed briefly at nos. 13., 14., 18., and deepened my anguish, preferred be dead. Then in the middle of night, I called Weston police, asked, call ALS, MD, and I hoped that ALS, MD, mutually take responsibility from his misdemeanor (above no. 17., etc.) to thrall me. That, the defendant O'Toole, J. carried on to pursue his selfish ambition for extortion, ordered himself as a misfeasance to the contrary malfeasance – and that – thrillingly trembled me; grisly occupant/prey to morbid fears for how long? The police officer, "He (ALS, MD) told me that you have to go to psychiatric hospital, and he will speak to Dr. Walton." James D. Walton, psychiatrist, BWH, his pledge of loyalty to ALS, MD, and colluded with the above no. 17. be succeeded for the ALS, MD's power to inflict and infringe my liberty until I obey... There, Wellesley police officers (WPO) came, <u>December 16</u>, <u>2004</u>, the defendant Cynthia Hawe (CH), executive director, WHA, CH's female lawyer, SM, SMLS, staff lawyer, and men held boxes to pack my belongings. The WPO, Christopher Cunningham, ALS, MD, supporter took me to the Newton Wellesley psychiatric hospital (NWPH), and I became homeless with MCSD?

23. There, NWPH, beaten up codition furthered from days of sleepless, unable to eat, etc., collapsed me, and woke up with scream by nightmare, as I was under the big rock, tried to get out, then O'Toole, J.'s appearance from <u>November 10, 2004</u> scene, hardened my nerve cells, neuritis, etc. That gave me a fright, made trembly call to SM, SMLS, staff lawyer (SL); tell Judge O'Toole; I will go to him – Thereafter, the show begun for my ritual; I will go to him; I will marry to him – That, I with EI/MCSD situation, locked into the most malignantly toxic environment; ensued me for loss of tolerance; chronic fatigue syndrom (CFS)/neurasthenia; PCS; SPTSD, etc.; with limited memory of where I lived; my belongings; my son, etc. Despite all, yet, taunted me with such as below:

(i) the NWPH staff, "You tied up windows by rope, etc.?" All windows were broken, fell down to the ground few times, I had to tie them not to fall, etc.;

(ii) the perverted idea of justice, aspersed malicious, degraded me based on the above no. 17., and O'Toole, J. and ALS. ordered retaliation against my handicapped to be further disabled;

(iii) that, I immersed in, too torturous environment, ensued me for toxic induced loss of tolerance (TILT); I, impulsively subjugated subjunctive as a little girl seeking mother and father to be saved from violence; replaced by kind man existed in my nerve cell intengibly; and uttered schizothymia like disorder. I asked Rachelle Hotz, psychiatrist, NWPH; ask Dr. Bienfang to visit me. Dr. Hotz later, "He cannot come to visit you!";

(v) I then expressed to Dr. Hotz; *oh!* I like to go to Paris. Dr. Hotz, "Whoes gone a pay!" That, my moment of liberty from grisly occupant/prey to morbid fears by those violent invaders against my rights; deceiving myself with retreatment of pleasant fantacy irrelevantly; from wanted to visit Korea where I grew up to see family; yet, my EI/MCSD limits travel;

(vi) Dr. Hotz, "The apartment you stayed is gone [against 42 USC 3602(h)(i)(m), etc.] [prosecuted me for 42 USC 1437d(1)(6)], 'don't delusion about doctors, ' 'I had a patient like you,' 'if you do I will have court order and medicate you!'"? That, by her unitelligent insight with insidious intent imputed to disserve me for I, delusional about doctors? From *an ulterior motive* of ALS, to defeat Dr. Bienfang and O'Toole, J., to defeat ALS; and made me a homeless woman's liberty only allowed for either obey to ALS or to O'Toole, J.?;

(vii) thence there furthering "coerce, force, or threat of force willfully to injure, interference, intimidations, etc., against me. No accommodations provided for my EI/MCSD; no organic food, water to drink; cooked rice, spoiled soaked in water, made it bulky, I had to eat; the shrewish Dr. Hotz, animadverted, "You pay to buy organic coffee, not we pay!" Yelled at me in public, etc. Also, the nurse Mary, full supporter for O'Toole, J. to be succeeded to control me as an owner of me; and

(viii) based on my disadvantage, only given me for mistreatment with sneers, etc., yet,

Medicare and Medicaid paid NWPH to entertain ALS. and O'Toole, I.'s lawless acts to retaliate my
handicapped in order one of them to seize me can be affirmed by my loss of tolerance (LT); easily
begging to be thralled; and NNPH violated The Civil Rights of Institutionalized Person's Act
(CRIPA), and the ADA title II, III / 504 Rehabilitation Act ?

24. Then male social worker, NWPH, "You are not danger to anyone [?], 'we have to discharge you!'"
January 28, 2005, forced me to meet SM, SMLS, SL, took me to Framingham, I, with LT by too ill to face
such cynical person to intrigue me to please ALS and O'Toole, I.'s order to undermind my rights,
and I was ready to putted into shelter in Framingham. I ran to train station in darkness, I stop-
ped at Wellesley police station, unexpected mean officer Glen Garrans' frowning face appea-
red; I uttered, I will go to Dr. Bienfang! There, his invidious ferocity, ordered other officer
take me back to the NWPH, that means he expected, I, homeless, what rights can be maintain-
nable with my icy body and mind. I, locked in at NWPH again.

25. Then forced me to discharge to 486 A Washington St., Wellesley, MA; next to the police, train
station, city like commercialized area; surrounded by grass, pine trees, mold level very high, etc,
and unaccessible housing for my EI/MCSD situation willfully to injure me; to be in suffered dama-
ges. There, the empty newly carpeted room; situated main gas furnace providing heat and gas
stove use to other units; the room laded by strong gas odor, for my EI/MCSD, impossible to
tolerate; that toxic air filled my body with gas, enlarged my head and body; made me
difficulty breathing [cried for clean air], migrain headache, depression, cold, sleepless,
etc., etc. Just for TILT torturously with unceasing retaliation/torture ————————
Thankfully, the neighbours gave me sleeping bag, blanket, dishes, spoons, towels, etc., hard
to tolerate, I had to use for survival with quiet suffering as my given comfort, painfully to
be in *solitary resort* ———— I had to opened door by WPO, while I was out, the opened
windows ————

to air out gas odor; windows been closed; doors locked twice by CH's order; and maintainer, WHA obeyed. That I was invaded by inevitable violence, yet, I was inextirpable ————

26. The defendant SM, SMLS, SL's connivance proudly announced, "Judge (which Judge?) ordered no lease for six (6) months, 'your belongings are in...(?) storage.'" My blocked head impaired, unable to listen well from the unsoundest person's corruption, that I was exposed by gas (nerve gas), etc., for brain damage/physiological injury; unthinkable; untenable for my belongings; where I lived; my son, etc.; against fierce upheaval; but as a beaten up person! The calculating delinquency, no lease for six (8) months; I could not have my belongings to the unit I was in, nor I had a good health and money to handle? Whoes possession privilege, prosecution necessity?

27. Then eviction notices been issued against me: February 28, 2005, same signature, July 19, 2002 by defendant JAG; and CH, WHA executive director (ED) issued Re: No TRESPASSING NOTICE WHA, March 8, 2005. "That said,... advise you... no longer welcome... of the WHA, and that if you enter... Authority Property you... violation, Mass. G.L. c. 266, Sec. 120, etc., and be fined $2000." There again followed, issue date, March 14, 2005 for March 21, 2005, eviction notice exact same paper with December 16, 2004 with changed date and year, etc.

28. Thereby, WPO, Christopher Cunningham again intruded me with thunderous shout, trembled me, I was unable to gather my things, and disabled me further. I came outside, the officer Glen Gerrans standed by the police car, his wrinkly sour face expecting I may offer him to be a... my homelessness, what rights could I have! The other officer drove me to the Framingham open shelter; mostly men smoking right there, and sensible man told me to go to the Advocates' Clinic; "you cannot stay here!" I waited hours trembling, and I was taken to the respite for two (2) weeks stay. There, I phoned defendant JAG, he lauged and hung up, th-

en I called defendant KH, cynical GAL, "Now you are evicted, you can have your SSDI back, and my job is finished." March 8, 2015. There, I, with my EI/MCSD, dragged here to there for toxic induced lose of tolerence (TILT); no food/sleep, etc., injured my nerve; neurasthenia, unable to think about my belongings, mail, SSDI, etc., only sought safe place wanted to be in ———

29. Then I made an inconsequetial call to ALS, MD, for "an agony of doubt," how doctor can abuse my handicapped EI/MCSD to be homeless? His mother's scorn, "You are causing too much trouble for the family!" I; he is the one troubled my life! She shrieked and hung up. Then the male staff invidiously, "If you call him again, I will let you out of here!" "Because the man told me, if you call him, he will call the police!" The villain's dominance, people pledged loyalty to ALS, MD, unboundedly.

30. The two (2) weeks stay ended, dropped me off at the Framingham hospital emergency room, to be in TILT, and no food to eat, water to drink, or sleep torturously more than 24 hours, ordered by O-Toole, J., and ALS, MD, wherever I was locked in

31. Then the ambulance transferred me to Arbour HRI, Brookline, MA, and my wallet kept in locker, cash was stolen. There, I phoned defendant Cynthia Hawe, Intrime executive director from executive director for the NeedHam Housing Authority (NHA), manage both; NHA and WHA, "You have GAL!" Hung up. The unit 315 Weston Rd., Apt. 3C, Wellesley, MA from HUD NO. 01-00-0246/MCAD NO. 00-5-0481 for 42 USC 3602 (h)(1)(m), and the defendant Cynthia Hawe (CH) officiosly evicted my minority neighbour, who had a mental disability in a month. Then discriminated my handicapped accessibility; rubbished my airing out belongings were at against wall before my apartment door; my medical necessity accommodation, retaliated; rather, let unkind white old lady (Apt. 1A) as 42 USC 3602 (h) to use and enjoy a dwelling; let her use all kinds of air freshners, etc. intended to injure me based on my EI/MCSD situation. That the defendant CH's disdain, held invidious intent, discrinated and retaliated my handicapped against Louis M. Malerba, Jr. (LMM, Jr.),

forme executive director, WHA wrote letter, July 25, 2000 to Andrea Sunday, MCAD NO. 00-5-0481/HUD NO. 01-00-0246; "the WHA has provided Ms. Ruesch with proper accommodation in accordance with settlement of March 2, 2000 complaint, etc." I lived there since April 2-000 – December 2004, for that, the defendant CH took office, WHA, and her eminent rules, quashed against my handicapped, and exerted force threat, evicted me twice (2) **?**

32. The psychiatrist, Lisa Gilbert, Aurbour HRI, "You physically assulted your neighbour old lady?" Unfounded rumor; I, no! She did, WPO, Glen Gerrans urged me, "Go to court will help us!" My illness; neurasthenia/PCS/SPTSD/TILT, limited go to court with no car, etc.; unable to argue against such lady's aspersion, etc., against me; minority, dysfunctional, etc., that such villatic people I was abused, and I learned to avoid their false logic. Furthermore, one cannot confront such big loud lady, who carries long and thickly round cane to shake—

(A) There, I continued my ritual; I will go to Judge O'Toole; I will marry to him; from my untenable position, held manifesto for selfless atturibution through SPTSD, TILT, etc.; that I alluded as I express my real feelings for the violent people. Only my deception by TILT, etc.

(B) Those mental health professionals' impatience imputed to relegat me as, delusional about powerful, etc., group of people, while I, with TILT, etc.; unutterable why I ended up to lose my belongings to be homeless; locked in psychiatric hospitals, etc.; titled, delusional

(C) Dr. Gilbert, Arbour HRI, very tortuous charactor; traduced my EI/MCSD, delusional based on my furtive incompetency record (p.(7) no. 17.), taunted me disdainfully; forced me to take medication; delusional about Judge O'Toole; ignored my intolerability; and arranged court hearing against my TILT situation. Then I had visits from Department of Mental Health (DMH) staffs, and CPS appointed lawyer, Thomas A. Karp; 477 Washington St., Norwood, MA 02062 (781) 762-7895 April 29, 2005.

(D) An abused person stays in abused situation obeying abuser with apology by fear, and I immersed in violence inextricably by the intruders to be locked in toxic environment with EI/MCSD torturously. I felt gassed; prayed for clean air to breath; organic food/sleep; away from personal odors; outgassed toxic anti psychiatic medications each patience took, etc., injured my nerve cells based on my EI/MCSD to be vulnerable for TILT, etc. That I, with injured brain; grisly occupant, etc., unmentionable to demand my rights (my apartment, belongings, etc.), but unsighted illusion only utterable; I will go to/marry to Judge O'Toole; hoped that would discharge me to where could not observe, but schizoid/schizothymia by nerve impulse defect for send and receive activity to brain (?); and too complex to said of conclusion.

(E) Thence, my repetition to Mr. Karp; I will go to Judge O'Toole; and I am treated as a delusional about the Judge. Mr. Karp, "Do I have permission to contact Judge O'Toole!" There, my nerve impulse tingled gently, felt fear of presentiment coming, and I; yes.

(F) At the hearing, May 23, 2005, the sensible Judge considered EI/MCSD situation, "I will leave it to the Environmental Specialist!" The hearing held in a small room in basement with many people set closely; fogging, gassing, etc., suffocated me; blurred head/vision/neurasthenia/TILT as a beaten up person with damaged nerve/neuroglia, etc. To activate an indelible imprint on my nervous system, that releases as a tissue memory with a similar subject; color; food eaten; look; smell; sound; touch, etc.; person or thing appears in view to my eyes; and sounds to my ears minutely with intangibility by hyperactive nerve impulse. My hypothesis only.

(G) The Arbour HRI lawyer with white hair; very identical to O'Toole, J., as p. (4) no. (6), and the lawyer's shouted loud sound, "He is a federal court Judge!" From my said to sitting Judge; I will go to Judge O'Toole, etc.; by my SPTSD; cause and effect mixed to lose clarity from reality; and accused for this and that. Also, there, my blurred brain/vision minutely dominated by O'Toole, J., and my sensitivity often reflects when someone to trick me (temptation) to fool me, then interchanged appearance I view briefly. Because therein, O'Toole, J.'s immanence necessitated to remind

me only about O'Toole, J. against ALS, MD, and Mr. Karp's contact with O'Toole, J., effected my emotions, too.

(H) My brain damaged, neurasthenia, PCS, SPTSD, etc., with extreme irritability, I told Dr. Gilbert; that was Judge O'Toole as a lawyer at the hearing, May 23, 2005, contrary to say; that was Judge O'Toole's conduct, etc., been lost by my limited tenacious assertion.

(I) Then Dr. Gilbert, et al., arranged with DMH to transfer me to Quincy Mental Health Center (QM-HC) to medicate me to prevail upon O'Toole, J.'s control over me from failed December 16, 2004 execution, and QMHC would train me well to obey O'Toole, J.'s demand ?

(J) My EI/MCSD, empirical doctrine necessity for cause and effect to know how and what to de-adopt; takes long and hard troubling courses I have to go through — and I have to deal with what is happening right now by chemical (including food chemical) and environment exposure. This, very difficult to do by neurasthenia; PCS, etc., disorders. 1. That exhibits as I, drugged or drunk person painfully, to be an imbecilic person, and surrenders easily to hostile environment to be duped. 2. EI/MCSD; "differing symptoms and severity in different individuals, even those with the sampe exposure, etc." 3. Chemical, including food chemical and different exposure; new symptoms and severity develops for neurological/physiological disoders leading to adaptation (masking); depresses immunsystem for many symptoms minutly; one cannot substantiate cause and effect; and repeated exposure with very lower level ensues me for TILT; feeling very ill, slowly try to avoid for recuperation; very difficult tesk I have to force. 4. Thence, I suffer quietly, yet, invaded me violently to imperil me; thrown out to street on winter nights; stayed in shelters; to be locked in psychiatric hospitals; forced to take anti psychiatic medications for brain damage, paralysis, etc. 5. That those omnipotence(s)'s demand to be a slave owner, tempted tempest against my handicapped EI/MCSD be in toxic environment to be tortured until I obey to one of them to entertain their ambition. That my illness, yet, coerced, interfered, intimidated to deprive my any rights, but SPTSD, etc. ———————

(k) The EI/MCSD cannot measure, dictate by x-ray, etc., therefore, the symptom based on theoretical treatment can misinterpret, and underminds real cause for symptoms and severity. Because the EI/MCSD's only available remedy to recuperate; avoidance, that requires ascetic life-style by too ill feeling, yet, only availability, deprecation, deprivation, and so on ——————————

(L) "She carries a diagnosis of multiple chemical sensitivity, etc. "I do not feel that this patient has a definable mental illness that I can treat, etc. "At this point, this illness, if is the one, is actually poorly defind and untreatable by current methodologies, etc. "She needs to manage her environment to the best of her ability and then try to move through the world as best she can, etc." Dirk K. Greineder, M. D., ph. D. (April 1999), BWH The best Allergist, who diagnosed my EI/MCSD (October 1998), and I stated to learn that I have to take care of my EI/MCSD understanding toxic environment's cause and effect on me ——————

(M) "Multiple Chemical Sensitivity (MCS) - patient's history is typical of many other patients with Multiple Chemical Sensitivity though she appeared to be better compensated and more adjusted than many other patients with Multiple Chemical Sensitivity, etc. "Multiple Chemical Sensitivity is a diagnosis often used by clinical ecologist as

having extreme sensitivity to multiple, often unrelated, chemicals at levels far below those causing reactions in normal subjects, etc. "They often ascribed the patients becoming sensitized from either a major exposure or chronic low level exposure to a single or multiple chemical(s), etc. "The diagnosis is often made on the basis of patients' complaint or upon suggestion by the clinical ecologist, generally without objective substantiation. "They are generally made without regard to alternative known medical explanations or patients' symtoms, etc. " Johnson T. Wong, M.D. MGH (September 2004), best Allergist, too.

(N) That, I with loss of tolerance (LT) move to total load (TL); that my handicapped, EI/MCSD to be perilous; TILT; and Arbour HRI (March 26, 2005 – July 12, 2005) transferred me to QMHC July 12, 2005.

33. QMHC, very hostile, unfavorable environment for my EI/MCSD situation, engulfed by misfortune in furtherance for LT/TL/TILT to suffer neurologically/physiologically. QMHC: Jeffrey Burk (JB), Acting Center Director (ACD): Victoria Shea (VS), psychiatrist: Micheal Flaming (MF), psychologist: Mrs. O'Neil, nurse, greeted me, "We have to medicate you!", et al. I was very intimidated, felt another layers of unkind people's control over me as well as O'Toole, J's eminence/omnipresence, led me; prey to morbid fears, and thrashed me to act out; oh! I will go to Judge O'Toole, etc. Then there also kind male nurse, Shawn Hoen, who often bought me organic food, etc.

① I wrote facts, what O'Toole, J. did to possess me, for I to be locked in psychiatric hospitals, etc., August 24, 2005, and asked human rights officer about my housing rights. She told me to contact Jeniffer Honig, Mental Health Legal Advisory (MHLA), she responded me to contact defendant SM, SMLS, SL, who led me be homeless, etc., and I resigned to be away from such person's dupe against me any further —

② I felt poisoning by nerve gas like air made my head; fogging murkily to feel torture, etc., desperately for clean environment; eat/sleep, etc., yet, nothing for my trembly body —

③ Another dogmatic nurse, "The nurse called me to inform you not to call doctor (ALS, MD)!" Also, male occupational therapist asked me, "When you are in community, will you bother Judge O'Toole?" Then human rights officer glared at me to pay food expenses, asked me sign release form to payee; I refused; and she sneered at me, called payee to send her money.

④ My too ill feeling, I composed my deception use of Dr. Bienfang's name; I will be safer under his help, etc., with TILT, etc.

⑤ The defendant KH appeared with black suit with white shirt on, pretended visited someone at the QMHC; I; with *ad nauseam*, Judge O'Toole! The QMHC expected I would volunteer to be intrigued by defendant KH for slave trade for O'Toole, I.'s well being (?), that KH aspersed to my social worker, BJDMC where Dr. Bienfang practiced medicine; ophthalmologist, "Doctors are trying to put restraining order against her!" That social worker scolded me, "That Dr. Biefang is director, cannot involve with patient, etc."

⑥ I started to hear court order to medicate me:

GUADIANSHIP PETITION Docket No. 05P2269 G1

MENTAL ILLNESS for court authorization to treat antipsychotic medication(s) in accordance with the treatment plan; is incapable of taking care of herself by reason for mental illness. For Petitioner(s): Kathleen M. Kugelmann, Esquire QMHC BBO# 556455 SEP-6 2005

⑦ Forced me to discharge to Walpole group home, MA to connect me with defendants, KH and SM, I refused by fear; intolerable by riding van and place; mold level, very high; gaseous odor from the soil, pine trees, etc., producing heavy sticky air, caused me difficulty breathing; in the fall only brown color leaves be seen, etc. That I was troubled visiting ex-husban's cabin, at New York border from Western, MA, all I needed; away from toxic environment; and I refused to go to Walpole grouphome. Violated my CRIPA; ADA TITLE II, III/504 Rehabilitation Act of 1973? Thence, forced me to transfer to Westborough State Hospital (WSH), November 4, 2005. No my handicapped rights?

34. Arrived at WSH, there, exhaustively "formalized ritual of expiation" that I, delusional about doctors. The female social worker, WSH and Mitchel Stokes (MS), psychiatrist, WSH, demanded me, "Do not write letter to Judge!" Then why I, not indicted delusional about Judge? At the group activity, the male psychologist, "When you are in community, can you live not bothering doctors?" At every session; the nurse Judith A. Robard, "Don't think or talk about doctors!" The other female nurse, also repeated to me as nurse Robard's preach above; the other psychologist (male) to me, "You are delusional and cannot come to my group activity!"; then the female psychology intern, "You burned paper?" My said; I wrote my anger against bad men; burned at the kitchen sink; let higher power forgive those demons than I could ——————————————:

ⓐ I wrote letter to Dr. Bienfang illusively as my solitary resort; yearning to meet real man to be loved and to love, gave copy to MS, psychiatrist, WSH – and that made MS, prosecutorial against me: Joel Skolnik, Chief Operating Officer filed court hearing for "incompetent to decide for yourself what medication treatment, etc., November 30, 2005, Docket No. 0567MH0105." There, young male introduced me as my GAL, but Judge could not proceed all cases, and postponed;

ⓑ MS, psychiatrist, WSH, tried hard to medicate me against my EI/MCSD, that required organic food clean air, avoidance of toxic chemical exposure, etc. For this, MS, abusively that my EI/MCSD, also delusional agreeing with Lisa Gilbert, Arbour HRI on the baise of my incompetent record produced by Dedahm district court Judge, psychologist, et al.'s Misprison of felony against me indicted for inexpiable incompetency for legal limitation, intent to hold me for one's slavery. I showed MS my blistering hands/wrist, and MS, shouted at me, "Put the lotion, ask nurse, give you lotion!" He rebuked my medical records?;

ⓒ for the hearing, CRS appointed lawyer, Barbara A. Adler, 21 Ogden Rd, Chestnut Hill,

MA 07467 (617) 467-0653 cheered up MS, psychiatrist's falsifying falsehood, convinced Judge's order to medicate me, shocked me, and my handed in my medical records, the Judge rubbished. Thus, the defendant MS, proceeded medication dispense against my EI/MCSD situation, that, there, MS' roused his disorder acted up for his nervousness, "Are you gone a stop med. when you discharge to community!" Unsound people's belief to medicate me, while I with TILT, etc. **?**;

Ⓐ medication; wing noise to my ear; someon, or just echoed as calling my name; my bone becoming like a plastic; unable to stretch or bend; my mouth could not move well to speak; deep depression with extreme anger; irritability; back pain; difficulty walking by bloated body; unable to do task as used to be, etc.;

Ⓑ O'Toole, J. appeared while I was walking towards the frozen lake area, there, the man producing echo, heavy breating, walking straight towards me; held orange color round plastic for ice skating from the frozen lake; and I averted by metalic air trembled me for goosebums, PCS, etc. Then again strange man appeared confidently while I was walking west bound, the man, on my left, where there, shortly fensed field covered by snow, and the man pretended sking (?) eastbound, trembled me for PCS, etc. At the moment unnoticed, and later recognized remembering my reaction by O'Toole, J. distressed my nerve, etc., January 2006. The nurse Robard, "Don't think about doctors, if they love you, they come and visit you, but they didnt!"; and

Ⓒ then I was restricted thereafter, no more walk around the lake area, and at the WSH, Jeffrey Burk, ACD, QMHC appeared, tingled me apprehensively that he may be instigated WSH staff's pledge loyalty to O'Toole, J. As well as QMHC, red team's infamous (libel) report against me. As much as possible the WSH staffs' duty to injure my rights, but only choice given me obey to O'Toole, J. Because there, WSH no available organic food to eat, etc., I was becoming very weak, and forced me to discharge to Walpole group home again. WSH violated my CRIPA; ADA II, III/504 Rehabilitation Act of 1973, and deprived my handicapped, rights, privileges, or conditions; injured my civil rights not to be trapped for slavery; yet, indicted me for delusional about what, men? Who, men? "Unable to take care of herself requires antipsychiatic medication" was on the basis of the State of Massachusetts constitution and laws, or under the United States of America's constitution and laws?

35. My written letters, calls to doctors and Judge, without emotional appeal attached and optical illusion to view anyone; and my EI/MCSD ensues me vision disorders; blurred vision, dyslexic, transposition of letters, person's face, etc. That my EI/MCSD situation; what I do, based on trial and error to findout the best tolerable substance; and require culturally bounded relationship with ascetic life style necessity. Yet, intruded violence, etc.

(i) Albert L. Sheffer (ALS), MD, pretender, etc., who never been or could be my doctor, invaded me as an owner of me, and Don C. Bienfang (DCB), MD's understandable human nature prevalently attempted possess me. As well as other doctors' approach towards me, yet, they quietly resigned. That ALS, MD and DCB, MD, Harvard Medical School doctors, yet, my EI/MCSD ["pharmacology of dirt"] for hostility, dissents as wide as the gulf that their delightful administration publicly, and I dyslogically remonstrate ALS, MD's feigned humanity.

(ii) Judge George A. O'Tode, Jr.'s dictum against underprivileged woman, tempted conspiracy to interfere such woman's civil rights; deprivation of such woman's civil and public housing rights, and so on. For that, such woman, expostulates to decry with this Court ———————————————

(iii) Because of their arrogant prestige with boundless enthusiasm, could maintain their egoism against woman; minority, handicapped, pauper, etc., that permitted them to believe that I perceive their desire to please them ?

While I with TILT, etc., to be in solitary resort, etc., such as p. (10) no. —

23., and so on.

(V)         From 297.7 Delusional Disorder 297-299
            specific culture and Gender Features

"An individual's cultural and religious back ground must be taken into account in evaluating the possible presence of Delusional Disorder. Some cultures have widely held and culturally sanctioned beliefs that might be considered delusional in other culture. The content of delusions also veries in different cultures and subcultures. Delusional Disorder, Jealous Type, is probably more common in man than in women, but but there appears to be major gender difference in the over all frequency of Delusional Disorder.

(Vi) The defendants; Lisa Gilbert, psychiatrist, Arbour HRI (2005); QMHC, Victoria Shea, psychiatrist; kathlee M. kugelmann, ESQ; Jeffrey Burke, ACD; Micheal Flaming, psychologist; WSH/DMH; Joel Skolnik, Area Director; Mitchelle Stokes, psychiatrist; and Judith A. Robards, RN. That which Delusional Disorder I subtyped to endanger anyone to be forced me to toxic anti psychiatric medication against my EI/MCSD be further disabled? Was Erotomanic Type/Grandios Type/Jealous Type/Persecutory Type/Somatic Type/Mixed Type/Un-specified Type? Including my attempts to elude O'Toole, J., et al.'s temptation, tempestuousness, etc., oppressed me to be extorted for them, Yet, I, subjected to Delusional Disorder?

36. I, forced, discharge to Walpole group home, May 10, 2006, where intolerable environment, detrimental to my health, expressed at p. (20) no.① - p. (21), and medication made my etire body dysfunctional, physiological disorders uncontrollably; things I was able to do incapacitated. That led me be in fogging, murkiest, etc., situation. I visited DCB, MD's office, there, my wished warmly man, who could take me out of group home to safe place did not correlate to my feeling, yet, my desperation manifested psychoneuratic impulse led me, write letter

(P4)

to Dr. Bienfang; responded me with firm caution; and that frightened me to be a wake ———

A. Attorney Dympna Moor; 21 East Concord St., Boston, MA 02118 781-267-4917; manu-
mitted me from November 14, 2005 – July 28, 2006; she arranged State paid psychiatrist,
Dr. Gray to visit me at WSH, December 2005 to object QMHC's p. 20. no. (5) GURDIAN-
SHIP PETITION; tempted to retrace defendants, KH and SM's pivot for the O'Toole, J.'s
sake. Yet, the Norfolk Probate Court; Brookstein, Justice Presiding, dismissed, July 28,
2006, the DMH did not object.

B. The defendant SM, SMLS/MLC, S. lawyer visited me at my group home, Walpole, MA; I utter-
lessly No! To such cynical person; I fought not to take medication; and I retrieved my SSDI in-
to me, October 2006, that, setted up by defendant SM. The payee, Family Services Fall Rive, MA
abused my account; confusing; repeated payment to **WHA** after I evicted; that, intent to make
pauper by KH and SM's contravention for the ALS, MD, and O'Toole, J.'s desire be met soon by my beg-
ging to be slaved. The fee, $35. month to payee, and paid to QMHC; $240. (9/6/05); $240. (10/4/05);
$629. (9/7/05); and $300. (11/4/05), (total: $1,209.); and I, transferred to WSH, November 4, 2005.

C. I asked MHLAC to help me for my housing, Lauren Roy, ESQ., responded me to follow up with
SM, SMLS, S. lawyer, "Because he is still your lawyer, I cannot help you, etc." Then I star-
ted apply public housing, that I should have know earlier to be independant for my rights.

34. The Newton Housing Authority (NHA) and Wayland Housing Authority (WHA) offered me for
housing, and I chose NHA away from prerogative's omnipresence. I moved to NHA; 23 Wal-
ker St., Newtonville, MA; with no time, I found my mistaken belief; I was surrounded by
ALS, MD's immanence relapsed me to be back where I was torturously; started to feel fe-
ar that NHA can be as WHA; and I delusively volunteered at the City of Newton information desk **to**
be tortured in furtherane by those old and new intruders' tempest, led me to open the door to grie-

vous people. Then my misdid, visited Wellesley College (WC) lake area ( I used to go with my son and ex-husband ), where ALS, MD's property was, and O'Toole, J. lived near by? That invited old and new presumptuous soul to be traumatized; by their family members' disturbance, or themselves, and exerted their invidious intent to relapse me. while I tried to recuperate my injured life with worsening health problems; my belonging (very personal) where?; my son grown up motherlessly with fear of his mother, crazy; locked in psychiatric hospitals so long, etc. Yet, those intruders' thirstiness boundlessly deprived, interfered, etc., against my rights. That I had to be exposed to perfumes; toxic chemical products from where I live, I went, solicited people whom I met for shopping, etc. That my brain must be melted to entertain their filthiest selfish ambition, and I was obligated to obey them. Because of my being minority, handicapped, pauper, and defenseless, given threat to me for slavery, because of their privileges, any rights, etc., could maintain lawlessly. Including Jeffry Wu, MD, BWH, and James D. Walton, psychiatrist, BWH's scheme to protect ALS, MD's violation committed shamefully against helpless woman; inextricable.

38. To be in violence further with grisly occupant, I unwarily came to this Court for seclusion from flagrantly absurd people, and set at the juror's lobby with numbed head. Suddenly trembled me to follow sharp air, slowly my memories roused to recognize such excited person as O'Toole, J. with unpleasantly; he standed out of his office facing, side of him speaking on the phone; struck me; and I felt ill. For that, my misventure relapsed me into November 10, 2004, and my SPTSD, etc.; impulsively wrote unsighted letters unsoundly to O'-Toole, J.; and defendant Jonathan L. Hacker, executive director (ED), NHA. Invitation to violence against helpless woman? That excited O'Toole, J., ordered Jonathan L. Hacker (JLC), NHA; the defendant Harvey Epstein (HE), Special Project (SP), NHA; maintainers, NHA for sting operations for tricks; traps; tricks; toxic chemical products use, intentionally injure me based on my handicap, EI/MCSD, easily melt my brain from failed December 16, 2004, by mi-

d December 2008; must succeed strategy implement. Thence, the in and around 23 Walker St., be a toxic chemical Lab with bizarre display noisomely; and that periled my EI/MCSD by deprecation of handicapped person's equal opportunity to use and enjoy a dwelling and common areas of NHA's property. That for me *"an opportune meeting"* for my misfortune, forced me to beg; let me go in peace; I will go repetition entangled me with horror, etc., inextricably.

39.  In mid January 2009, I fell unconscious on the floor; my food in refrigerator chemically contaminated, and my mouth with metalic taste. The defendants, NHA's invidious intent, sprayed and used the most malignantly toxic chemical products I had to expose to be injured based on my handicapped, EI/MCSD. Thereby, the defendant Ivan Santiago (IS), maintainer, NHA, pretended cleaning the unit 23 D for the new tenant unusually for weeks. Then the Peladow deicing chemical product (Peladow), carpeted surface of the ground; people's boots brought in that sticky Pelad to the floors and stairs be partially carpeted the surface; the cause for my eyes be blurry, peppery, and other injury/disorders. Thereunder, my blurry/peppery eyes could view only white color, in and around 23 Walker St., as a chemically beaten up person's illusion, locked in WSH alone preying morbid fears painfully with coldness, etc. There, the white Peladow's outgased sharp metalic air, exhausted my nerve cells, etc. The Peladow; very strong, toxic chemical product; industrial/comercial use at elderly/disabled housing; and for me, to be a chemically injured person moved, begging to be preyed by O'Toole, J.; visionless illusion insanely. Also, my neighbours participated NHA's intrigue and other intruders' underhanded plot to melt my brain to be a docile to entertain their barbarism, etc.

40.  On March 3, 2009, intruded by three (3) male Newton Police Officers (NPO), Advocates Inc.*(contrated by DMH; when person dischaged to community, the Advocates Inc helps person for grocery shopping, etc.), Corona Benson, and Ambulance came. Because I released Kim Heuras

*contracted

(kH), director of out reach I was in, the defendant HE, NHA instigated kH, Advocates Inc., aspersed to kH about WHA, NWPH, et al.'s libelous record imputed to my incompetency listings, and my neighbours' malicious gossip. That scared off kH and DMH to sent to me to NWPH and QMHC to torture me obey O'Toole, J. to be owner of me this time. The ambulance dropped me off at the NWPH; the psychiatrist, Rachelle Hotz admitted me; the nurse Mary (O'Toole, J., supporter) intimidated me, "If you refuse to go to QMHC, we have to medicate you!" The male psychiatrist, "What about Judge O'Toole?" "I will marry to him." He then told me forcefully, "You must transferred to the QMHC!" No accommodation provided me for my EI/MCSD's needs, rather calculating negligence, and for three (3) days only drank water, sleepless nights by roommate's night rituals. Violence of CRIPA; ADA TITLE II, III / 504 of the Rehabilitation Act of 1943?

41. The ambulance dropped me off at the QMHC; same as the above; drank plastic bottled water dried up my skin like a clear plastic; my lip surface covered by large pieces of white dead skin by extreme latex sensitivity; unconquerable/unavoidable for my EI/MCSD situation; exposures from smoke odors; chemical products; personal care/cleaning products; room-mate needed over hundred (100) degree heat; unable to eat/sleep for thirteen (13) days, etc., to be a as beaten up person with hunger. Yet, only cynical oratory, "We will have court order to medicate you, and we will let you stay here!" By female (not Shea); male psychiatrists; nurse Mrs. O'Neil; CPS appointed (?) aged rustic lawyer; and others' force, force of threat against handicapped woman's defenseless, etc.?

42. The male occupational therapist (OT), before his preach to me, "When you are in community, will you bother Judge O'Toole?" This time, "What about Judge O'Toole?" "I forgot about him by medication I took." Then he asked me,

"Within five (5) years, what would you like to accomplish?" "I will marry!" They, the Red team; Victoria Shea, psychiatrist; Michea F-

laming, psychologist; and others' scheme succeeded to medicate me. Yet, failed GAL appointment by an attentive attorney Moor's humane advocacy for my civi rights be maintainable.

43. The female social worker informed me, "Do not talk with old ladies, they say things untrue, and avoid them!" I explained to her that I tried to avoid them, yet, they abruptly appear to act up for my pcs, etc. She repeated to me, "Run away!" Wherever I, for malign gossip waits.

44. The nurse Mrs. O'Neil, "Your stuff is here!" I; did Corona brought in? Why she did not visit me? Mrs. O'Neil, "White haired man brought your stuff, he said, 'he doesn't work with you directly.'" It tingled me, than I realized that, O'Toole, J. entered my unit, gathered my things, and brought to QMHC as an owner of me? I was forced to be locked in QMHC, costed $10,000. and up to Medicare, while my handicap, EI/MCSD, injured contrariously my CRIPA; ADA/504 Rehabilitation Act been boundlessly abused by QMHC's privilege? Then the female psychologist handed me paper for my discharge, and stated that I was traumatized by three men without signification of date and name with signature?

45. When I came back to my unit, March 16, 2009, strong male odor persisted upsetted my empty stomach, and I noticed that my phone being tapped? I reported to Newton police, refused to investigate my my phone status; asked Verizon; $500. required; "it goes to the police!" Not to me, no use, nor I could pay; and I reported to this Court, O'Toole, J.'s clerk, Gina transfer me to US Marshal's line, checked right away. I do hope that the US Marshal keep such matter from March 2009 to? This did not not stop O'Toole, J.'s temptation, tempestusly to relapse me by his family members, while I visited WC lake area, and I to be "engulfed by misfortune's of surging tide" wherever I visited by O'Toole, J.'s?

46. My growing anguish with animosity, urged me to outcry with this Court, November 2, 3, 2010, I called clerk's office, and asked clerk to make stop Judge O'Toole's intrusion of my life. Then on November 30, 2010, three (3) Marshals visited me, "You wrote letter to Judge O'Toole, do you love him!" I; no! That irked one of Marshal, "Then why did you write the letter!" I told Marshal; I have disability, etc., and Marshal demanded me not to write letter to Judge O'Toole, for that, there, alread THE END confirmed by myself. Also, Marshal (Dumas?) notified Kathy Laufer, Newton Senior Services that I wrote letter to Judge O'Toole be stopped. That excited Kathy, taunted me, "You wrote letter to Judge repeatedly," contrary my said, and I avoided her to control my tumultuous night·mare. That, my EI/MCSD, as an imbecilic person to be exploited, etc.

47. I also made complaint to DMH against KH, Advocates Inc., who participated with defendant HE, et al., NHA's scheme to putted me to NWPH to BMHC, and unexpected Jeffrey Burk, former Acting Center Director, BMHC responded me, "Too long and hard to read, etc." No investigation needed. Anyway KH, Advocates lost her job by failed her work duty from Advocates Inc.

48. The defendant HE, NHA when Kathy Laufer, Newton Senior Services, Kerry Roberts (KR), DMH case manager, and I had meeting for an accommodation request, January 2011. Because at night the man parked car in front of my unit singing, etc., and I wanted to cover my balcony rail; the defendant HE refused my request; then HE's disdainful utterance, "Is still going on!" Also, defendant HE asked KR, DMH case manager, "Can I call you!" I stop-HE; no! Kathy Laufer and KR, DMH unaware of NHA's unlawful acts to imperil my health, etc., to comply with O'Toole, J.'s order cynically against my handicapped rights?

(A) On September 11, 2011, HE, called KR, DMH, that I wrote letter to man without my

(30)

consent against my written and verbal request; do not contact anyone about me; yet, the defendant HE ignored my concerns, called Nan Donald who worked with me; and Nan told HE, "I do not have release from Oak-hee to speak with you dyslogistically." KR, DMH and Nan Donald, Advocates, Inc., were not unsound kH, Advocates, Inc.

(B) Again, the defendant HE, intimidated Peter Angelos, DMH, Site Director and kathy laufer, Newton senior service, April 10, 2012, those whom I had no contact more than a year! That, HE, aspersed, "The man's lawyer might file press charges against Oak-hee because she wrote letter to man, and waited the man around his house!" Attempted to recreate March 3, 2009 (p. (27) no. 40. - p. (28), putted me to NWPH, QMHC again - and that caused Mr. Angelos, DMH; kieth Scott, Advocates, Inc., and kathy (see at p. (30) no. 46) great concern, scolded me. That I had difficulty to clean the filth noisomly by the defendant HE's fiendish joy as a owner of me, and deprived my rights?

(C) If any I did to the man; I was responsible for notification from the man's lawyer's legal action against me, not defendant HE? Because I receive rent adjustment ("HUD pays, still you are eligible for accommodations!" Benjamin Palmer, HUD public housing), the defendant HE, et al., NHA roused ferocity invidiously to retaliate me by additional matter for the O'Toole, I., December 2008 - ? Unsucceeded to get rid of me, and that for the defendants, NHA's shrilly fiercest ranor against me.

(b) Then I made complaint to City of Newton Human Rights Commission (CNHRC) against NHA's negligence from my complaint about neighbours and maintainers and resident services retaliated me; verbal assult; intentionally used toxic chemical products to injure based on my EI/MCSD situation. This made JLH, HE, et al. NHA moved to even more legal cause for my handicapped; being minority; pauper, etc., to be retaliated—

(E) At the meeting, <u>October 25, 2010</u>, the defendant, NHA, JLH unattended, the CNHRC, Mr. Brown asked, "What chemical product the NHA use to deice?" There, HE's fiery rebuff; no change affirm with red face, "We use Peladow and we are doing our best, giving her rent ajustment, etc." Because of the JLH's inexorable expiation (2007); rent adjustment only given to me; and the defendants, NHA held boundless discrimination based on my handicapped, furthering to be a chemically injured person ineluctably. Thence, the defendants, NHA engaged for direct/indirect threat against me; either move out or locked in psychiatric hospitals as an incompetent person; to dispose of the NHA's disabused rent adjustment dispenses to me; and I wish much where to be from not to be ————

(F) The defendant, JLH, NHA's letter to me, <u>October 1, 2007</u>, "Federal Fair Housing Act are reasonable accommodation.

"... asking the Housing Authority (HA) make go beyond... reasonable... you are asking HA to make complete change ... never been a problem, etc." For the HA to use type of product you ... recommending... great expense to the HA to make such extreme change, etc. "To ask the HA to make complete changes... goes beyond reasonable accommodation and is not within... mandate... HA to make such extreme changes, etc." ... You may have to consider the possibility that a housing ... of this type does not meet your needs as it must meet the needs of greate number of people and cannot sacrifice the need of a great number of people (3602 (h) for 3604 (c)) for the needs of one individual." One individual's needs disqualifies for 360 (h) for 3604 (f)(3)(B) ?

(G) "FN11. Pursuant to 42 U.S.C. § 3603, federally assisted public housing authorities such as the BHA are governed by the antidiscrimination prohibition of 42 U.S.C. § 3604 (f). Title 42 U.S.C. § 3604 (f)(3) provides, in pertinent part:

"(D)iscrimination includes ... a refusal to make reasonable accommodations

in rules, policies, practices, or services, when such accommodation may be necessary to afford {a handicapped person} equal opportunity to use and enjoy a dwelling."

"19.  Sometime thereafter, Respondent Scanlan stopped using the products, ... that Respondents would use, Scanlan did so... other tenants complained that these products were ineffective. Respondents thereafter did not use... the Complainant suggested would be non-toxic to her.

"20.  It would not have been unduly burdensome for Respondents to have used or attempted to use other products that would have been non-toxic to the Complainant.

"21. ... Ms. Bowes, ... suggested that because of her handicap, environmental illness, the Complainant should move.

"22. ... indicated a preference, limitation, or discrimination by Respondent... violation of 42 u.s.c. § 3604 (c);

"23.  Respondents' refusal to make reasonable accommodations for Complainant by using or attempting to use non-toxic chemical products, etc., because such accommodations were necessary to afford her equal opportunity to use and enjoy a dwelling. 42 u.s.c. § 3604·(f)(2); 24 C.F.R. § 100. 202(b)(1991). See 42 u.s.c. § 3604·(f)(3)(B); 24 C.F.R. § 100. 204(a)(1991). " HUDALJ 09-91-1195-1 (1991).

(H) The defendant HE's disdained answer with evade arrest/responsibility from Dr. Susan Korrick's request, use Halide by my ignorance about deicing chemical products I unexposed to until I moved into NHA's property. I thought Halide, natural source; comes with impurities; becomes synthetic, etc.; I may tolerate better than toxic Peladow; industrial and commercial use; yet, uses at elderly/disabled housing complex? The defendant HE, responded me absurdly, <u>February 29, 2012</u>, "The NHA's first priority is safety of our residents at our development. ... We use Peladow Snow and Ice Meter to ensur the

safety of our development during inclement weather. In order to process your request, provide documentation from your health care provider specifying what chemicals in Peladow... which you react. For conference request, when call, refer to control number listed on top, etc., where?" Did I apply for disability, etc., claim? HE's furtive absurdity to refuse accommodation request (EXHIBIT A). On December 30, 2010, I fell unconscious on the Peladow melted snow, flooded surface of the Walker St. parking lot ground, while snowing; and I requested simple sand use to control ice. HE, "No! Not safe for the elderly!" Thence, my chemical injury must be discriminated?

(I) On June 12, 2012, the defendant Ivan Santiago, maintainer, NHA attempted above p. (24) no. 39. who closed my building hallway window, pretended cleaning 23B for the new tenant. The window been opened for air circulation I needed even before I went out, and when I was coming in, suddenly dizzied me; blurred vision by greasy, smockey, sticky, etc., air persisted; headache, metalic taste in my mouth, unable to see window closed until later, etc. I asked Ivan; did you smoke? My PCS, etc., only utterable for smoke, and Ivan, "No!" He did not repeat p. (24) no. 39. and changed work station to avoid me.

(J) The defendant Tony Pugliese (TP), senior maintainer, NHA for the Horace Mann Complex where I live, has keys for all areas, and he performed his misdeed against me; use of toxic chemical products to intimidate me, so I can perceive his wish; gave him lots of foods, expensive waters, etc., by fear. TP also tempted for other men's will be achieved against me. On August 30, 2009, TP, coming out from 23B (across my unit), as I always, frightful by such person, I frightfully grabbed his hands, and asked; my phone is tapping; don't help anyone please! TP, very nervously took out his phone from his pan's back pocket, showing me, "Oh! I have my phone!" The difference between my phone is tapp-tapping with I have my phone cannot correlate to relieve my concerns, while his villanous temptation to serve, served O'Toole, J.'s order, and threatened me? Because of the defendant John Egan (JE), lawyer, NHA's scheme against my complaint to HUD, 42 USC 3601, et seq. referred to Massachsetts Commission Against Discrimination (MCAD), agreed with JE's

inveiglement, and granted NHA's right's to use against my handicap, EI/MCSD be injured inescapably. For that, TP patented the most malignantly toxic chemical products (TMMT-CP); liquid forms and deicing forms; the deicing forms; Peladow moistened by gasoline, chlorine, etc., to soften Peladow to mold one of availble free Road salt (RS) from the City of Newton Public Works; and lied as salt and sand use for my EI/MCSD? Or Peladow next to RS to be a one; intent to melt my brain to be a docile for the I, me, my constitution ———

49. Again, O'Toole, J., tempted to relapse me when my unwarily visits to this Court area, Saturday mid December 2014 to breath in odors of salt sea from the gas chamber exposure by the unit 23A people's smoking; illegal drug making; illegal drug users/dealers; perfume or volatile chemical products used/sprayed, etc., against my EI/MCSD to torture me. Then I unexpectedly confronted O'Toole, J.'s family member's absurdly said fierce thunder to my ears, anguished me for PCS, etc. For my next visits, viewed me for colorful shaps from the sea faced windows for what? No place I could go without O'Toole, J.'s watch?

50. Thence, there, O'Toole, J.'s repeated repertoire to relapse me; on February 11, 2015, the Peladow deicing chemical product freshly right before my arrival used at where I walked from it used to a blue (cobalt blue) salt around this Court house area? That trembled; PCS, neurasthenia, etc., disoriented my body be loose to drop my special gloves be lost; that supposed put it into my beg. That did not end for my return to my apartment complex; the unneeded toxic Peladow moistened by what (?) freshly covered surface of the entire ground, stairs, etc., right before arrival as been; that led me to re-exposure toxic Peladow; minutely inflicted me for loss of tolerance; that by outgased sharp, strong metalic air thrilled my frazil body; and I had difficulty walking over TMMTCP with ah-hha. My mouth with metalic taste to be in suffered damages ensued by O'Toole, J.'s power engaged violence against minority woman's rights be deprived under the constitution and laws, that t-

here no snow or ice to melt, but defendants, NHA's lights on for plotting invidiously, intent to melt my brain, etc.; the NHA's Sub Color Officii. Thence, the defendants, TP and Steve Tocci (ST), maintainers, NHA willfully engaged such needless toxic chemical products use timly for my in and out; known by my complaint; freshly used chemical products injures me quicker; to threaten me purposed; as a tight rein on me; that I must beg to be thralled for whom? That for, the defendants, NHA's duty to deprive my handicapped's safe housing rights if any :

51. Thereunder, the defendant John Egan (JE), lawyer, NHA's gradiloquence, vetoed the above p. (3)(a)-(f), etc.; as an impertinent part; established prima facie case; discriminatory housing practice for the preference necessity; and imposed my handicapped, EI/MCSD be unavailing to unburden NHA, and uncalled for complaints against NHA? That, I objected, whether or not there any my rights, etc., granted or protected under the Sec. 803, 804, 805, or 806, etc., yet, interfered by the defendant JE's False Pretense, etc.; estoppel necessity against my privilege :

52. My complaint to HUD, 42 USC 3601 et seq., 42 USC 3610 (f), May 22, 2013, HUD No. 01-13-0376-8/MCAD No. 13 BPH 01420; the MCAD cohered with defendant JE's written and pictorial paradox; and dismissed, February 28, based on JE's "moral suasion" to MCAD, July 12, 2013. The MCAD accepted, and dismissed February 28, 2014: "... kim is not only person... resides at 23 Walker St ... their physical wellbing requires Respondents... reasonable ... keep the exterior walkway clear of ice or snow ... to accelerate ... melting occurs." "... spreading nothing other than sand do not accomplish that. "If kim's ... granted request, the health and safety of other residents of visitors to 23 Walker St., ... vulnerable to Tort claim asserted ... who may slip and fall, etc. "State and Federal anti discrimination laws cannot construed to impose such an irreconsilable delema on a public housing authority :

*"Individual liability*

"(citing *Woodason v. Town of Norton*, 24 MDLR (2002); *Hamon v. Malden Hosp.*, MDLR 157, 157 (1997))

"In order for an individual to be liable for a violation of M.G.L.c. 151B, there must be some showing of his or her intent to discriminate, through an action or inaction in deliberate disregard of the Complainant's rights.

"The ... complaint is devoid of evidence of an 'intent to discriminate' the ... Sutherland, Hacker, and Pugliese accordingly cannot be found individually liable.

" ... Boston Hous. Auth. v. Bridgewaters, 452 Mass. 833, 850 n. 26 (2009). "There must be also be nexus between the alleged disability and the accommodation that is sought. "That is, the accommodation reasonably tailored manner ... *plaintiff's disability make ... impossible for her to use and enjoy a dwelling. "If accommodation bears no relation to the disability, or ... no ameliorating effect on the plaintiff's inability to use and enjoy a dwelling, then it is, by definition, reasonable Bridgewaters, *supra*, 452 Mass. at 848. "

"To make a reasonable accommodation request, no 'magic'  * **848** words are required. "The joint-statement resolved under the FHAA., etc. " Mass., 2009. Boston Housing Authority v. Bridewaters, 452, Mass. 833, 899 N.E. 2d 848, 38 MDLR P 141

53. My complaint to Middlesex State Court, Civil Action No. 1581 cv 01104, the defendant. JE, moved to this Court, April 9, 2015, Case No. 1:15-cv-11487-GAO, and, dismissed, September 14, 2015.

54. I attempted to restrain NHA employees and neighbours' retaliation against me, out of control, filed restraining order, Civil Action No. 15 cv 5666, and I asserted acts and relief individually with evidence attachment to outcry. For this, JE's dictum, Civil Action No. 15-5666-J, October 8, 20-15, "Protective order" necessitated, "Pro se litigant the Court should enter an order requiring the Regional Administrative Justice, or his/her Honer's designee to review any further filings submitted by this litigant before they are accepted for docketing by clerk's

*plaintiff's

(37)

office. " ... federal court to file yet another action alleging discrimination against NHA. "However, consistent with the terms of the Protective Order entered in 2004 Judge Gertner, Ms. Kim's petition for leave to file such an action ... denied ... Order issued by the ... (Saylor J.) on January 13, 2014, etc. "MCAD, HUD, et al. dismissed, the Court dismiss!" So dismissed by Bruce R. Henrry, Associate Justice, November 25, 2015, requiring for me to amend within 10 days, and I moved to withdraw. Because of my being in toxic environment made my nerve cells like a metal, etc., unable to see well, trust anyone with fear – and I felt Justice Henny might be colluded with JE's law?

55. The snow must plow or shovel completely at the elderly/disabled housing by the HUD/DHCD rule, yet, the NHA's rule, melt use of toxic chemical products; puddle or flood on the elderly/disabled housing surface of the ground meets ADA/504 requirment? The NHA, worst maintenance; rubbish dump area; dirty, garbage thrown onto the ground, etc.; should be cleaned daily; and the hallways dirty, never cleans?

56. This Court, the laws, the rules, the policies, etc., could not see that little girl shakled in violence for how long?
Someone plundered my belongings; with my EI/MCSD situation, locked in psychiatric hospitals; threat of force to medicated me to be further disabled (my bone became plastic, etc.); the NHA's unlawful act, use of the most malignantly toxic chemical products, intent to injure me to be a chemically injured person; my skin burned like condition; to become much more sensitive for concomitant food intolerence; eats several tolerable foods for survival; impeded motherhood for my son, who grew up motherlessly with fear of crazy mother locked in phychiatric hospitals, etc. For this, as an once upon a time Legal  Injury, this Court redress for there never will be, and for liberty than *in thrall* ―――――――――――――――――――――――――――――

"But sand on walkways and stairs will work at any temperature. "It just has to be swept up in Spring, etc." March 14, 2014, Heath Douglas, Hydrogeologist USEPA NEW ENGLAND BOSTON, MA 02109.

57.   Under the Supreme Law Of the Land – The Best Legal System In the World –
The plaintiff, handicapped; extreme chemical/environmental/electromagnetic field sen-
sitivities; and that limits personableness to this Court or to anywhere. For this, requ-
ires request for accommodations if possible on the basis of 29 USC 794 (2000); 24
CFR 8.3 (2008), etc., be considered by exception to "requirement of Rule 8 (a)(1)(3)
of the Rule of Civil Procedures, and so on." That, for plaintiff, writing this ordeal with
direct formaldehyde, latex, etc., for overlapping chemical exposure ensues me dif-
ficulty to write; dyslexia; transposition of letters, etc.; long and hard troubling cou-
rses of very time consuming effort torturously for further disability; how many pa-
pers be wasted, etc. Thence, impossible to present compendious compendium, rather
expatiated to this Court be venial. In addition, plaintiff, unable to comply with any
Court/Law procedure/proceeding, that this Court well documented nightmares be-
cause of the plaintiff's incapacity exhibited unknowingly be indubitable.

58.   As the reasons stated above, plaintiff prays that this Court relief be granted be-
cause plaintiff has an ineffably suffered damages (Summar Injuria), caused
by defendants's a lawless act. That necessitates to declare suffered dama-
ges, be responsible based on each defendants's factum, but not limited to for
(compensatory damages; damages for sever emotional and physical injuries;
consequential damages; punitive damages; costs and fees; interests), and
such other relief, plaintiff may be entitled. In addition, plaintiff's file protection
necessity requests be permissive. (fees; attorney's fees.)

59.    WHEREFORE, plaintiff demands judgment against each defendants for damages and such other relief as the Court deems just.

60.    The plaintiff demands a trial by jury.

Oak - hee Kim, Pro Se Litigant
23 Walker Street, Apt. C
Newtonville, MA 02460
(617) 964 - 1587